IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELSINN HEALTHCARE S.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOSPIRA, INC., ) <br> ) <br> Defendant. ) | C.A. No. 15-264 (GMS) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS, Plaintiff Helsinn Healthcare S.A. ("Helsinn") and Defendant Hospira, Inc. ("Hospira") have entered into a good-faith final settlement agreement regarding the above-captioned ligation.

WHEREAS, Hospira makes no admission of infringement of any patent asserted in the litigation.

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., IT IS HEREBY STIPULATED AND AGREED, by and among Helsinn and Hospira, through their undersigned counsel of record, that this action be and hereby is voluntarily dismissed in its entirety without prejudice. This Court retains jurisdiction over Helsinn and Hospira for purposes of enforcing the parties' settlement agreement.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| /s/ *Karen Jacobs* | /s/ *Aaron M. Nelson* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>*Attorneys for Plaintiff*<br>*Helsinn Healthcare S.A.* | Dominick T. Gattuso (# 3630)<br>Aaron M. Nelson (#5941)<br>300 Delaware Avenue<br>Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br>anelson@hegh.law<br>*Attorneys for Defendant*<br>*Hospira, Inc.* |
| *Of Counsel*: | *Of Counsel*: |
| Joseph M. O'Malley, Jr.<br>Bruce M. Wexler<br>Eric W. Dittmann<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br><br>*Attorneys for Plaintiff*<br>*Helsinn Healthcare S.A.* | Sara Tonnies Horton<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 840 7618<br>shorton@jenner.com<br><br>*Attorneys for Defendant*<br>*Hospira, Inc.* |

September 6, 2018

**SO ORDERED** this 11th day of September, 2018

_____
U.S.D.J.